AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky - Central Division at Frankfort

| | |
|---|---|
| United States of America<br>v.<br>**THOMAS J. WALKER**<br>*Defendant* | )<br>)<br>) Case No.    3:13-CR-21-GFVT-1<br>)<br>)    1:17MJ -276 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **THOMAS J. WALKER** ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    X Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violating conditions of supervised release


Date:    Apr 24, 2017                                           Jackie Brock, Deputy Clerk
                                                                         *Issuing officer's signature*

City and state:    London, Kentucky                Robert R. Carr, Clerk of Court
                                                                           *Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

1:17MJ -276

**United States District Court**
for
**Eastern District of Kentucky**
Petition for Warrant or Summons for Offender Under Supervision

Eastern District of Kentucky
**FILED**
APR 24 2017
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| Name of Offender: Thomas J. Walker | Case Number: 3:13CR00021-001 |
| Name of Sentencing Judicial Officer: | The Honorable Gregory Van Tatenhove<br>United States District Judge |
| Date of Original Sentence: | April 15, 2014 |
| Original Offense: | Conspiracy to Distribute Heroin, a Class B Felony, in violation of 21 U.S.C. §§841(a)(1) and 846 |
| Original Sentence: | 60 months BOP, 5 years TSR |
| Assistant U.S. Attorney: Gary Todd Bradbury | Defense Attorney: Pamela Dae Perlman |

## PETITIONING THE COURT

☒ To issue a warrant (To be lodged as a detainer with the Hamilton County, Ohio Sheriff's Office)

☐ To issue a Summons

☐ To grant an exception to revocation without a hearing

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant shall not commit another Federal, State, or local crime.<br><br>On April 18, 2017, Thomas Walker was indicted for Aggravated Trafficking in Drugs and Aggravated Possession of Drugs in the Hamilton County, Ohio Common Pleas Court. On April 19, 2017, Walker was arrested by Hamilton County Task Force Officers for the above listed charges. According to the indictment, Walker knowingly prepared for shipment, shipped, transported, delivered, prepared for distribution or distributed a Schedule II controlled substance, Carfentanil. He is currently being detained at the Hamilton County Jail. No court information is available at this time. |
| 2 | The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.<br><br>On April 20, 2017, Officer Greg Morgan with the Hamilton County Task Force stated that Walker cooperated with them on April 19, 2017 and arranged a buy from someone in Cleveland for 200 grams of heroin. Offender did not have permission to work in this capacity. |

**U.S. Probation Officer Recommendation: Thomas Walker is on supervised release for a Class B Felony Drug Offense. He has been arrested and indicted on new drug trafficking charges. Thus, it is respectfully recommended that the Court issue a warrant for Walker's arrest so that he can be brought before the Court for a Supervised Release Violation**

PROB 12C
(12/98)
Re: WALKER, Thomas J.
Case No.: 3:13CR00021-001

2

Hearing. It is also respectfully recommended that the warrant be lodged as a detainer with the Hamilton County Sheriff's Office.

The term of supervision should be

☒ Revoked

☐ Extended for --- years, for a total term of --- years

☐ Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

by   Respectfully submitted,

*Mark R. Knowe for*
Jennifer Huber
U. S. Probation Officer
April 21, 2017

by   Approved,

*Mark R. Grawe*
Mark R. Grawe
Supervising U. S. Probation Officer
April 21, 2017

---

THE COURT ORDERS:

☐ No Action

☒ The Court finds that there is probable cause to believe the defendant has violated the conditions of his supervised release and orders the Issuance of a Warrant for his arrest.

☐ The Issuance of a Summons

☐ The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.

☐ Other

The signed Probation Form 12C (Petition for Action), as well as the warrant for arrest, is to be filed under seal in the Electronic Case File (ECF) system until such time as the warrant is executed.

Signature of Judicial Officer
*Stanley A. Ingram, U.S.M.J.*
4/24/17
Date

CLOSED

# U.S. District Court
## Eastern District of Kentucky (Frankfort)
### CRIMINAL DOCKET FOR CASE #: 3:13-cr-00021-GFVT-REW-1

Case title: USA v. Walker

Date Filed: 10/03/2013
Date Terminated: 04/18/2014

Assigned to: Judge Gregory F. Van Tatenhove
Referred to: Magistrate Judge Robert E. Wier

**Defendant (1)**

**Thomas J. Walker**
*TERMINATED: 04/18/2014*

represented by **Pamela Dae Perlman**
205 W. Second Street
Lexington, KY 40507
859-231-7572
Fax: 888-900-8354
Email: pdperlman@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**

21 U.S.C. § 846 CONSPIRACY TO DISTRIBUTE A SCHEDULE I CONTROLLED SUBSTANCE, HEROIN
(1)

**Disposition**

IMPRISONMENT - 60 Months; SUPERVISED RELEASE - 5 Years; SPECIAL ASSESSMENT - $100.00; FINE WAIVED; RESTITUTION WAIVED

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21 U.S.C. § 841(a)(1) KNOWINGLY AND INTENTIONALLY DISTRIBUTE A SCHEDULE I CONTROLLED SUBSTANCE, HEROIN
(2-3)

**Disposition**

DISMISSED UPON MOTION OF THE UNITED STATES

**Highest Offense Level (Terminated)**

Felony

**Complaints**  **Disposition**

None

**Plaintiff**

USA    represented by   **Gary Todd Bradbury , AUSA**
U.S. Attorney's Office, EDKY
260 W. Vine Street
Suite 300
Lexington, KY 40507-1612
859-685-4898
Fax: 859-233-2658
Email: Gary.T.Bradbury@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2013 | 1 | INDICTMENT (REDACTED) returned in open court as to Thomas J. Walker (1) count(s) 1, 2-3. (Attachments: # 1 Case Assignment) (AKR) (Additional attachment(s) added on 10/4/2013: # 2 Unredacted Indictment) (AKR). (Entered: 10/04/2013) |
| 10/03/2013 | 2 | MOTION for Arrest Warrant by USA as to Thomas J. Walker. Motions referred to Robert E. Wier. (AKR) (Entered: 10/04/2013) |
| 10/03/2013 | 3 | ORDER as to Thomas J. Walker. Signed by Judge Magistrate Judge Robert E. Wier. cc: USP,USM service by U.S. Mail on paper. (AKR) Modified by unrestricting document and removing font on 10/18/2013 (AKR). (Entered: 10/04/2013) |
| 10/04/2013 |  | Conflict Check run. (AKR) (Entered: 10/04/2013) |
| 10/15/2013 |  | CJA Case Assignment by Clerk for Thomas J. Walker. CJA Attorney Pamela Dae Perlman for Thomas J. Walker selected by random draw. cc: COR, USP, USM, CJA (KJR) (Entered: 10/15/2013) |
| 10/15/2013 |  | CLERK'S VIRTUAL NOTICE re: HEARING SCHEDULE as to Thomas J. Walker; ARRAIGNMENT & INITIAL APPEARANCE set for 10/16/2013 at 02:00 PM in LEXINGTON before Magistrate Judge Robert E. Wier. cc: COR, USM, USP,D(KJR) (Entered: 10/15/2013) |
| 10/16/2013 | 5 | CJA 23 Financial Affidavit by Thomas J. Walker. (AKR) (Entered: 10/17/2013) |
| 10/16/2013 |  | ORAL MOTION for Pretrial Detention by USA - Motions referred to Robert E. Wier. (AKR) (Entered: 10/17/2013) |
| 10/16/2013 | 6 | MINUTE ENTRY for INITIAL APPEARANCE AND ARRAIGNMENT as to |

| | | |
|---|---|---|
| | | Thomas J. Walker (1) Count 1,2-3 held on 10/16/2013 before Magistrate Judge Robert E. Wier: Pamela Dae Perlman appeared as APPOINTED CJA counsel of record. USA makes oral motion for detention. Dft true name is as stated on indictment. Dft advised of rights. Dft WFA-PNG entered as to all counts. DETENTION HEARING set for Wednesday, 10/23/2013 at 2:00 PM bef Hon. Robert E. Wier in LEXINGTON, KY. Pretrial Motions pursuant to Court pretrial order to be entered. JURY TRIAL set for 12/17/2013 at 10:00 AM, counsel to appear at 9:30 am, bef Judge Gregory F. Van Tatenhove in FRANKFORT, KY. Days expected for trial 2. Dft remanded to custody. USPO to circulate PSR. (Court Reporter ANN BANTA.) Signed by Robert E. Wier. (AKR)cc: COR,USM,USP, Lex diary, CJA Clerk (Entered: 10/17/2013) |
| 10/16/2013 | 7 | SCHEDULING ORDER (Criminal) as to Thomas J. Walker: 1. Standing Order. The parties are required to comply with the Court's Standing Pretrial and Trial Management Order, which applies to all criminal actions assigned to the Honorable Gregory F. Van Tatenhove, and which is an attachment hereto. 2. Trial Date/Time. This matter is assigned for trial by Jury before the Honorable Gregory F. Van Tatenhove on December 17, 2013, at the hour of 10:00 a.m., at Frankfort, Kentucky. Counsel shall appear at least thirty minutes prior. The trial of this matter is expected to take 2 days. 3. Defensive Motions. Defensive motions shall be filed within thirty (30) days of entry of this Scheduling Order. 4. Motions Hearing. This matter will be assigned for an evidentiary hearing if any motions are filed which require a hearing. Signed by Magistrate Judge Robert E. Wier on 10/16/2013. (Attachments: # 1 Court's Standing Pretrial and Trial Management Order) (AKR)cc: COR,USP (Entered: 10/17/2013) |
| 10/16/2013 | 8 | Arrest WARRANT Returned Executed on 10/16/2013 in case as to Thomas J. Walker. (AKR) (Entered: 10/18/2013) |
| 10/17/2013 | 9 | CJA 20 APPOINTMENT OF COUNSEL as to Thomas J. Walker: Appointment of Attorney Pamela Perlman. Signed by Magistrate Judge Robert E. Wier on 10/16/2013. (AKR)cc: COR,USP (Entered: 10/21/2013) |
| 10/23/2013 | 10 | EXHIBIT AND WITNESS LIST of Detention Hrg held on 10/23/13 as to Thomas J. Walker. (AKR) (Entered: 10/23/2013) |
| 10/23/2013 | 11 | MINUTE ENTRY for DETENTION HEARING as to Thomas J. Walker held on 10/23/2013 before Magistrate Judge Robert E. Wier:Pamela Dae Perlman appeared as APPOINTED CJA counsel of record. The Oral Motion for p.t. detention is TAKEN UNDER ADVISEMENT. USPO Cardin shall promptly prepare a PSR Addendum as directed. Defendant remanded to custody. (Court Reporter PEGGY WEBER.) Signed by Robert E. Wier. (AKR)cc: COR,USM,USP (Entered: 10/24/2013) |
| 10/23/2013 | | Motion Taken Under Advisement as to Thomas J. Walker re ORAL MOTION for p.t. detention. (AKR) (Entered: 10/24/2013) |
| 10/25/2013 | 12 | ORDER as to Thomas J. Walker: Counsel may either file a written response to the new information or move for a supplemental hearing. Defendant shall file any such response or motion by Tuesday, October 29, 2013, and the Court will proceed depending on the filing made. Signed by Magistrate Judge Robert E. Wier on 10/25/2013. (AKR)cc: COR,USP (Entered: 10/25/2013) |

| | | |
|---|---|---|
| 10/29/2013 | 13 | RESPONSE to 12 by Thomas J. Walker *Court's Order re: Detention Hearing* (Perlman, Pamela) (Entered: 10/29/2013) |
| 11/01/2013 | 14 | DETENTION ORDER PENDING TRIAL as to Thomas J. Walker: Dft is committed to custody. (See Order for completeness). Signed by Magistrate Judge Robert E. Wier on 11/1/2013. (AKR)cc: COR,USM,USP (Entered: 11/01/2013) |
| 11/01/2013 | 15 | NOTICE OF FILING as to Thomas J. Walker: re 14 Order of Detention; In order to ensure a clear and complete record, the Court DIRECTS the Clerk to file the attached documents into the record. The documents reflect pending Ohio charges the Court considered in its detention analysis. Signed by Magistrate Judge Robert E. Wier on 11/1/2013. (Attachments: # 1 OH fleeing and evading docs, # 2 OH traffic violation docs) (AKR)cc: COR,USP (Entered: 11/01/2013) |
| 11/26/2013 | 16 | MOTION for Rearraignment as to Thomas J. Walker. (Attachments: # 1 Proposed Order). (Perlman, Pamela) Modified by removing referral on 11/27/2013 (AKR). (Entered: 11/26/2013) |
| 11/27/2013 | | *** MOTION SUBMITTED TO CHAMBERS OF Judge Van Tatenhove to review re 16 MOTION for Rearraignment filed as to Thomas J. Walker. (AKR) (Entered: 11/27/2013) |
| 11/27/2013 | 17 | ORDER as to Thomas J. Walker (1): 1. Dft's Mtn for Rearraignment 16 is GRANTED. 3. The Defendant's REARRAIGNMENT set for Tuesday, 12/10/2013 at 3:30 PM in United States Courthouse, Frankfort, Kentucky; 4. The Jury Trial currently set for December 17, 2013, is CONTINUED GENERALLY as to this Defendant; 5. In light of the Defendant's Motion for Rearraignment and upon the Court's own motion, the time between November 26, 2013, and December 10, 2013, is DECLARED excludable pursuant to 18 U.S.C. § 3161(h)(7)(A)-(B). The Court FINDS that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial. Signed by Judge Gregory F. Van Tatenhove on 11/27/2013. (AKR)cc: COR,USM,USP, diary (Entered: 11/27/2013) |
| 12/10/2013 | 18 | MINUTE ENTRY for REARRAIGNMENT as to Thomas J. Walker held on 12/10/2013 before Judge Gregory F. Van Tatenhove:Pamela Dae Perlman appeared as APPOINTED CJA counsel of record. Dft true name Thomas Jordan Walker; Dft pleads GUILTY to Count 1; Gov't will move to dismiss counts 2-3 at time of sentencing; Plea Agreement w/sealed supplement tendered; Jury trial CANCELED; PSR ordered; SENTENCING set for Tuesday, 4/15/2014 at 11:00 AM at FRANKFORT, KY, subj to intervening orders of Court. Dft remanded to custody. (Court Reporter SANDY WILDER.) Signed by Gregory F. Van Tatenhove. (AKR)cc: COR,USM,USP, diary (Entered: 12/11/2013) |
| 12/10/2013 | 19 | ORDER as to Thomas J. Walker: In compliance w/Sentencing Reform Act, ORDERED: 1. Sentencing set for Tuesday, 4/15/14 at 11 am, at FRANKFORT, KY. Parties to comply with paragraphs 2. through 15.. Signed by Judge Gregory F. Van Tatenhove on 12/10/2013. (AKR)cc: COR,USP (Entered: 12/11/2013) |

| | | |
|---|---|---|
| 12/10/2013 | 20 | PROPOSED PLEA AGREEMENT as to Thomas J. Walker. cc: COR, USP (AKR) (Entered: 12/11/2013) |
| 12/10/2013 | 21 | SEALED Supplemental Plea Agreement as to Thomas J. Walker re 20 Proposed Plea Agreement. (AKR) (Entered: 12/11/2013) |
| 04/09/2014 | 22 | SENTENCING MEMORANDUM by Thomas J. Walker (Perlman, Pamela) (Entered: 04/09/2014) |
| 04/10/2014 | 23 | ORDER as to Thomas J. Walker: that the SENTENCING currently scheduled for Tuesday, 4/15/2014 at 11:00 a.m. is rescheduled to begin at 3:30 PM on the same date, at the US Courthouse in FRANKFORT, KY. Signed by Judge Gregory F. Van Tatenhove on 4/10/2014. (AKR)cc: COR,USM,USP, diary (Entered: 04/10/2014) |
| 04/15/2014 | 24 | MINUTE ENTRY for SENTENCING as to Thomas J. Walker held on 4/15/2014 before Judge Gregory F. Van Tatenhove: Gov't Oral Motion for 3 level reduction for acceptance credit is SUSTAINED. Gov't Oral Motion to Dismiss counts 2 & 3 is SUSTAINED. Plea Agreement w/ Sealed Supplement is approved and filed. No Obj. to PSR. Jgm shall be entered. Dft remanded to custody. (Court Reporter: Sandy Wilder.) (CBD)cc: COR,USM,USP (Entered: 04/16/2014) |
| 04/15/2014 | 25 | Court Advice Re: Appeal by Thomas J. Walker (CBD) (Entered: 04/16/2014) |
| 04/15/2014 | 26 | PLEA AGREEMENT Accepted as to Thomas J. Walker cc: COR,USP (CBD) (Entered: 04/16/2014) |
| 04/15/2014 | 27 | SEALED Supplemental Plea Agreement as to Thomas J. Walker re 26 Plea Agreement Accepted (CBD) (Entered: 04/16/2014) |
| 04/18/2014 | 28 | JUDGMENT UPON PLEA OF GUILTY as to Thomas J. Walker (1), Count(s) 1, IMPRISONMENT - 60 Months; SUPERVISED RELEASE - 5 Years; SPECIAL ASSESSMENT - $100.00; FINE WAIVED; RESTITUTION WAIVED; Count(s) 2-3, DISMISSED UPON MOTION OF THE UNITED STATES. Signed by Judge Gregory F. Van Tatenhove on 4/18/2014. (cc: Paper copy w/ NOE to COR & copy of SOR; Electronic copy to USP and original SOR returned to USP; Electronic copy to USM, FLU, Finance) (AKR) (Entered: 04/21/2014) |
| 11/12/2015 | | Clerk's Note: as to Thomas J. Walker: Clerk has this date mailed the originals of 27 Sealed Supplemental Plea Agreement, and 26 Plea Agreement Accepted to AUSA, Bradbury with a receipt for same to be executed and returned for filing. (AKR) (Entered: 11/12/2015) |
| 11/23/2015 | 29 | RECEIPT FOR ORIGIINAL PLEA AGREEMENT(S) as to Thomas J. Walker: DE 26 & 27 rec'd by AUSA on 11/16/15. (AKR) (Entered: 11/23/2015) |

**PACER Service Center**

**Transaction Receipt**

04/25/2017 11:39:37

| PACER Login: | ud1771:4270421:4267454 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:13-cr-00021-GFVT-REW |
| Billable Pages: | 4 | Cost: | 0.40 |